UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CALVIN S. SECREST,                    )    CASE NO. CV 17-4061-RGK (PJW)
                                      )
              Petitioner,             )
                                      )    [~~PROPOSED~~] ORDER DISMISSING
       v.                             )    SECOND OR SUCCESSIVE HABEAS CORPUS
                                      )    PETITION AND DENYING CERTIFICATE
S. HATTON, WARDEN,                    )    OF APPEALABILITY
                                      )
              Respondent.             )
_____      )

       Before the Court is Petitioner's latest attempt to challenge his

February 2002 sentence, following his conviction in Los Angeles County

Superior Court for first degree robbery, possession of a gun, and

evasion of police. (Petition at 2.)   This is the fourth time that

Petitioner has attempted to challenge his sentence in this court.  His

first petition in 2009 was dismissed as untimely. (*Secrest v. Kramer*,

CV 09-2291-RGK (JWJ), July 8, 2009 Order Accepting Report and

Recommendation of United States Magistrate Judge.)  Petitioner then

attempted to appeal the Court's ruling, but his application for a

certificate of appealability was denied. (*Secrest v. Kramer*, CCA No.

09-56300, February 28, 2011 Order.)  His second and third petitions in

June 2012 and May 2014 were dismissed as unauthorized second or

successive petitions. (*Secrest v. Brazelton*, CV 12-4901-RGK (PJW),

June 18, 2012 Order; *Secrest v. Sherman*, CV 14-3948-RGK (PJW), May 29, 2014 Order.)  The instant Petition must be dismissed for the same reason.

A petition that is dismissed for untimeliness "presents a 'permanent and incurable' bar to federal review of the underlying claims" and renders a subsequent petition second or successive. *McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir. 2009).  Absent an order from the Ninth Circuit, Petitioner may not bring a habeas petition challenging his February 2002 sentence in this court.  *See* 28 U.S.C. § 2244; *see also Burton v. Stewart,* 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court).

Further, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its ruling, Petitioner is not entitled to a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: June 6, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\notesC7A056\Ord_dismiss_successive pet.wpd

2