UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN S. SECREST,<br><br>    Petitioner,<br><br>    v.<br><br>S. HATTON, WARDEN,<br><br>    Respondent. | CASE NO. CV 17-4061-RGK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 6, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\notesC7A056\Judgment.wpd